UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KO LOKAMAN,

        Petitioner,

v.

WILLIAM BARR, et al.,

        Respondents.

Case No. C19-0851-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 15, to which no objections or responses were filed, the Court finds and ORDERS:

(1) The Court ADOPTS in part and MODIFIES in part the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED as moot;

(3) The Government's motion to dismiss, docket no. 8, is STRICKEN as moot; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 24th day of October, 2019.

                                                  Thomas S. Zilly
                                                  United States District Judge